Entered: October 19, 2015
Signed:  October 19, 2015

**SO ORDERED**



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:  Case No.:  15–16588 – JS     Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nicholas E Kosmas | Jennifer L Kosmas |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 1203 Temfield Road | 1203 Temfield Road |
| Towson, MD 21286 | Towson, MD 21286 |
| Social Security No.:   xxx–xx–1095 | xxx–xx–8579 |
| Employer's Tax I.D. No.: | |

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 5/7/15.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Joseph J. Bellinger is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

fnldec – *yoliver*