```
                              United States Bankruptcy Court
                                   District of Maryland
In re:                                                            Case No. 15-16588-JS
Nicholas E Kosmas                                                 Chapter 7
Jennifer L Kosmas
        Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0416-1          User: yoliver              Page 1 of 2              Date Rcvd: Oct 19, 2015
                              Form ID: B18J             Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2015.
```
db/db         +Nicholas E Kosmas,    Jennifer L Kosmas,    1203 Temfield Road,    Towson, MD 21286-1651
cr            +The Patapsco Bank,    Hofmeister, Breza & Leavers,    11350 McCormick Road,
                Executive Plaza III, Suite 1300,    Hunt Valley, MD 21031-1002,    UNITED STATES
29226799      +Andrew Lerner,    948 Clopper Road, 2nd Floor,    Gaithersburg, MD 20878-1366
29226800       Atlantic Financial FCU,    PO Box 64109,    Baltimore, MD 21264-4109
29226802      +Capital One Bank (USA), N.A.,    P.O. Box 71063,    Charlotte, NC 28272-1063
29226809      +Chesapeake Media Inc,    7902 Belair Road,    Nottingham, MD 21236-3707
29226810      +Comptroller of Maryland,    Revenue Administration Center,    110 Carroll Street,
                Annapolis, MD 21411-1000
29226830      +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                Baltimore, MD 21201-2305
29226833      +Deputy County Attorney,    Baltimore County Office of Law,    400 Washington Avenue, 2nd Floor,
                Towson, MD 21204-4606
29226812       Doctors Express - Towson,    1220A E. Joppa Rd,    #109,    Towson, MD 21286-5816
29226813       FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
29226816       First Colonies Anesthesia Assoc LLC,    PO Box 791344,    Baltimore, MD 21279-1344
29226817      +Greater Baltimore Medical Center, Inc.,    6701 North Charles Street,    Towson, MD 21204-6881
29226818       Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
29226819      +Law Office of John E. Lindner, P.A.,    1920 Greenspring Drive,    Suite 130,
                Lutherville Timonium, MD 21093-4141
29226821      +Marquis A. Ford, a minor by his mother,    Towanda Wilkes,    2513 Oswego Avenue,
                Baltimore, MD 21215-7034
29226822       Mercy Health Services,    PO Box 826328,    Philadelphia, PA 19182-6328
29226823      +Patapsco Bank,    2028 E. Joppa Road,    Parkville, MD 21234-2838
29226824       RBS Citizens, N.A.,    P.O. Box 42113,    Providence, RI 02940-2113
29226825      +Select Portfolio Servicing,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
29226832      +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                Baltimore, MD 21201-2225
29226826       Suntrust,    Consumer Loan Payments,    PO Box 791144,    Baltimore, MD 21279-1144
29226831       Supervisor of Delin. Accts.,    Rm. 1 Municipal Building,    Holliday & Lexington Streets,
                Baltimore, MD 21202
29226827      +The MRI Center at White Marsh,    P.O. Box 43130,    Nottingham, MD 21236-0130
29244348      +The Patapsco Bank,    c/o Robert S. Glushakow, Esquire,    Executive Plaza III,
                11350 McCormick Road, Suite 1300,    Hunt Valley, Maryland 21031-1002
29226828      +Towanda Wilkes,    2513 Oswego Avenue,    Baltimore, MD 21215-7034
29226829      +University of Maryland,    St. Joseph Medical Center,    PO Box 824778,
                Philadelphia, PA 19182-4778
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QJJBELLINGER.COM Oct 19 2015 19:53:00      Joseph J. Bellinger,    Offit Kurman,
                300 E. Lombard Street,    Suite 2010,    Baltimore, MD 21202-3549
29226797       EDI: AMEREXPR.COM Oct 19 2015 19:53:00      American Express,    P.O. Box 1270,
                Newark, NJ 07101-1270
29226801       EDI: CAPITALONE.COM Oct 19 2015 19:53:00      Capital One Bank (USA), N.A.,    P.O. Box 71083,
                Charlotte, NC 28272-1083
29226807       EDI: CHASE.COM Oct 19 2015 19:53:00      Chase,    Cardmember Services,    PO Box 15153,
                Wilmington, DE 19886-5153
29226804       EDI: CHASE.COM Oct 19 2015 19:53:00      Chase,    Cardmember Service,    P.O. Box 15153,
                Wilmington, DE 19886-5153
29226820       EDI: TSYS2.COM Oct 19 2015 19:53:00      Macy's,    PO Box 183083,    Columbus, OH 43218-3083
                                                                                              TOTAL: 6
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph J. Bellinger,    Offit Kurman,    300 E. Lombard Street,    Suite 2010,
                Baltimore, MD 21202-3549
29226798*      American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
29226803*      Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
29226805*      Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
29226806*      Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
29226808*      Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
29226811*     +Comptroller of Maryland,    Revenue Administration Center,    110 Carroll Street,
                Annapolis, MD 21411-1000
29226814*      FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
29226815*      FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
                                                                                    TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0416-1          User: yoliver              Page 2 of 2              Date Rcvd: Oct 19, 2015
                              Form ID: B18J             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2015 at the address(es) listed below:
              Joseph J. Bellinger    trustee@offitkurman.com,   jjbellinger@ecf.epiqsystems.com,
               bpsoras@offitkurman.com,scuffee@offitkurman.com,kconley@offitkurman.com
              Robert S. Glushakow    rsglush@hbllaw.com
              Ronald J Drescher     ecfdrescherlaw@gmail.com,   ecf1drescherlaw@gmail.com,
               ecf2drescherlaw@gmail.com,ecf@drescherlaw.com,myecfdrescher@gmail.com
                                                                                           TOTAL: 3
```

Entered: October 19, 2015
Signed:  October 19, 2015

**SO ORDERED**



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Case No.:   15−16588 − JS     Chapter:   7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nicholas E Kosmas                                Jennifer L Kosmas
*debtor has no known aliases*                    *debtor has no known aliases*
1203 Temfield Road                               1203 Temfield Road
Towson, MD 21286                                 Towson, MD 21286

Social Security / Individual Taxpayer ID No.:
xxx−xx−1095                                      xxx−xx−8579

Employer Tax ID / Other nos.:

## ORDER GRANTING
## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

ORDERED, that the debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

B18J – *yoliver*

**End of Order**

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A JOINT CHAPTER 7 CASE**

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**B18J** – *yoliver*